# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 659 MAL 2023

                       Respondent       :

                                      :   Petition for Allowance of Appeal

                                      :   from the Order of the Superior Court

                     v.                       :

                                      :

GEORGE ANDERSON,               :

                                      :

                    Petitioner         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of July, 2024, the Petition for Allowance of Appeal is **GRANTED**.  The issue, as stated by petitioner, is:

    (1)    Whether a defendant's burden to establish a reasonable expectation of privacy at a suppression hearing requires that defendant to affirmatively present evidence of permission to use the vehicle where the defendant is not the registered owner of [the] vehicle but the Commonwealth's evidence does not otherwise negate an expectation of privacy?